UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19cv61520

ADRIANA BARBIERI, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

GL STAFFING SERVICES, INC.,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## MOTION TO DISMISS

Defendant, GL STAFFING SERVICES, INC., by and through undersigned counsel, hereby moves the Court for entry of appropriate order dismissing this action and in support states as follows:

### INTRODUCTION

1. This action must be dismissed because it fails to meet the requirements necessary to allege any violation of the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227, et seq. ("TCPA"). In order to allege any such violation, Plaintiff has attempted to show that Defendant 1) called a cellular telephone number; 2) using an automatic telephonic dialing system; and 3) without the recipient's prior express consent. 47 U.S.C. § 227 (b)(1)(A). Specifically, Plaintiff has failed to show that Defendant used an automatic telephonic dialing system. No such automatic telephonic dialing system was used by Defendant and no automated calls or text messages were ever sent by Defendant.

## **ARGUMENT**

2. Defendant is a commercial employment company that matches employers to potential employees.

3. A major division of Defendant's company is its commercial staffing division which matches potential employees to manufacturing, industrial, and construction employment opportunities. *See* Affidavit of Zacharry Minei attached as **Exhibit A.**

4. Defendant utilizes certain software that allows it to create a database of potential employees to contact about certain job opportunities. Id.

5. In order to become a part of the database, potential employees fill out an application with Defendant or they apply to a specific job opportunity that is posted by Defendant. *Id.*

6. These potential employees provide their contact information, employment histories, skill sets, and the locations in which they are seeking work. Id.

7. Defendant then adds these potential employees to its database so that the potential employees can be informed about potential employment opportunities which match their criteria. Id.

8. The only way in which potential employees can become part of Defendant's database is if they specifically provide to Defendant their contact information, employment histories, skill sets, and the locations in which they are seeking work. Id.

9. In order to help inform its pool of potential employees of job opportunities, Defendant utilizes two software programs in conjunction to send targeted text messages to inform specifically selected potential employees in its database of potential job opportunities. Id.

10. There is nothing random about these text messages that are sent to potential employees to inform them about potential job opportunities. The text messages are all sent to specific potential employees who provided their contact information to GL Staffing and only to those employees whose employment criteria match the job opportunity. Id.

11. There is no sequential number generator that is used in any software utilized by GL Staffing to send text messages to potential employees to inform them about job opportunities. All text messages sent are targeted to specific potential employees. Id.

12. Furthermore, when text messages are sent to potential employees using GL Staffing's software, human intervention is required. The text message regarding an employment opportunity must be manually input into the software and is unique to that one single job opportunity and the selection of employees to whom the text message will be sent must also be manually selected. No text messages can be sent randomly or automatically. Id.

13. There is nothing automated or random about any of the text messages sent by GL Staffing to potential employees to inform them of job opportunities. Id.

14. Direct human intervention is required for each and every text message that is sent by Defendant to potential employees. The text message itself is manually input by one of Defendant's employees and the list of recipients of the text messages is likewise manually selected by one of Defendant's employees. Id.

15. The TCPA defines an "automatic telephone dialing system" ("ATDS") as "equipment which has the capacity—(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." The software utilized by Defendant does not meet that definition. Defendant's software does not dial random or sequential numbers.

16. Defendant's software is only used to send specific and targeted text messages to a pre-selected group of potential employees in its database to inform them of job opportunities.

17. Moreover, the recipients of Defendant's text messages regarding employment opportunities have agreed to receive such text messages. All recipients applied for employment through Defendant and provided their contact information to be informed about employment.

18. Defendant has not committed any violation of 47 U.S.C. § 227 and this case must be dismissed.

WHEREFORE, Defendant, GL STAFFING SERVICES, INC., requests this Court to enter an order dismissing the Class Action Complaint and granting Defendant such other and further relief as this Court deems just and proper.

Dated: July 29, 2019.

GL STAFFING SERVICES, INC., Defendant,

By: _____ FOR
Steven G. Schwartz, Esquire
Florida Bar No. 911471
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida 33487
Ph: (561) 395-4747
Fx: (561) 367-1550
Email: sgs@theschwartzlawgroup.com
Email: eservice@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to the party listed below by ____ U.S. Mail; _X_ Email; ____ Overnight Mail; ____ Facsimile; ____ Hand delivery; on this 29 day of July, 2019.

_____ FOR
Steven G. Schwartz, Esquire

## SERVICE LIST

***Counsel for Plaintiff, Adriana Barbieri***
Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Ph: (954) 907-1136
Fx: (855) 529-9540
Email: jibrael@jibraellaw.com
Email: tom@jibraellaw.com

l:\open files\135026\pleadings\mtd.docx