## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:19-CV-61520

ADRIANA BARBIERI,

      Plaintiff,

vs.

GL STAFFING SERVICES, INC.

      Defendant.

_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff ADRIANA BARBIERI and Defendant GL STAFFING SERVICES, INC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: September 25, 2019

| | |
|---|---|
|  /s/ Jibrael S. Hindi                    |  /s/ Steven G. Schwartz            |
| **JIBRAEL S. HINDI, ESQ.** | **STEVEN GARY SCHWARTZ, ESQ.** |
| Florida Bar No.: 118259 | Email: sgs@theschwartzlawgroup.com |
| E-mail:jibrael@jibraellaw.com | Florida Bar No.: 911471 |
| **THOMAS J. PATTI, ESQ.** | Schwartz Law Group |
| Florida Bar No.: 118377 | 6751 N. Federal Highway, Suite 400 |
| E-mail:tom@jibraellaw.com | Boca Raton, Florida 33487 |
| The Law Offices of Jibrael S. Hindi | Phone: 561-395-4747 |
| 110 SE 6th Street, Suite 1744 | Fax: 561-367-1550 |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | *COUNSEL FOR DEFENSE* |
| Fax:   855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377