UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61520-CIV-DIMITROULEAS

ADRIANA BARBIERI, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

GL STAFFING SERVICES, INC.,

    Defendant.
_____/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Stipulation of Dismissal With Prejudice ("Stipulation") [DE 7], filed herein on September 25, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 7] is hereby **APPROVED**;
2. This case is **DISMISSED WITH PREJUDICE;**
3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record